**No. 10-8385. Cleveland Winston Kilgore, Petitioner v. Tamyra Jarvis, Warden.**

562 U.S. 1244, 131 S. Ct. 1536, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1186.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 400 Fed. Appx. 489.

**No. 10-8388. Eduardo Guerra, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1536, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1240.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 14.

**No. 10-8398. Shahrazad Mir Gholikhan, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1537, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1215.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 370 Fed. Appx. 987.

**No. 10-8399. Richard Michael Gomez, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1537, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1170.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 294.

**No. 10-8402. Harvey R. Fields, Jr., Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1537, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1131.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 373 Fed. Appx. 624.

**No. 10-8406. Harold H. Hodge, Jr., et ux., Petitioners v. Calvert County, Maryland, et al.**

562 U.S. 1244, 131 S. Ct. 1537, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1264, ▮

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 379 Fed. Appx. 298.

**No. 10-8407. William H. West, Petitioner v. United States.**

562 U.S. 1244, 131 S. Ct. 1537, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1191, ▮

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.